UNITED STATES of America, Plaintiff–Appellee,

v.

Michael L. ROGERS, Defendant–Appellant.

No. 06–30212.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 3, 2006.

Larry James Regan, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Robert M. Marin, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The Federal Public Defender appointed to represent Michael L. Rogers has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rogers has *not* filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is **GRANTED,** counsel is excused from further responsibilities herein, and the **APPEAL IS DISMISSED.** *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.